George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Shane Carlson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Shane Carlson,<br><br>                Plaintiff,<br>v.<br><br>Healthcare Revenue Recovery Group, LLC,<br><br>                Defendant. | Case No.: 2:21-cv-01273-JAD-EJY<br><br>**Stipulation and Order of dismissal of Healthcare Revenue Recovery Group, LLC, with prejudice**<br><br>ECF No. 6 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shane Carlson and Healthcare Revenue Recovery Group, LLC stipulate to dismiss Plaintiff's claims against Healthcare Revenue Recovery Group, LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 28, 2021.

**FREEDOM LAW FIRM**

/s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shane Carlson*

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Sean Flynn
Sean Flynn, Esq.
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Counsel for Healthcare Revenue Recovery Group, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 6]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 4, 2021